UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Kambiz Ilkhani

Defendant(s).
-------------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

-CR-   ( )( )

21- MAG - 3947

Defendant __Kambiz Ilkhani__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Kambiz Ilkhani__
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Anna Schneider__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__April 12, 2021__
Date

_____
U.S. District Judge/U.S. Magistrate Judge